# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PULSAR PUERTO RICO, INC., | ) |
| | ) **Case No. 08-_____** |
| Debtor. | ) **Chapter 11** |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

| REGISTERED NAME OF HOLDER OF SECURITY, LAST KNOW ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | PERCENTAGE HELD | KIND OF INTEREST REGISTERED |
|---|---|---|---|---|
| Wilfredo Rodriguez Flores<br>Executive Building<br>Suite 403-A<br>623 Ponce de Leon Ave.<br>Hato Rey, PR 00917 | Common | 2,500 | 100% | Common Shares |

___0___ continuation sheets attached

400995446v2