Form B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**District of Puerto Rico**

In re :

Pulsar Puerto Rico, Inc.,[1]
a Puerto Rico corporation,

Debtor

Case No. (Unknown)

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1. Wilfredo Rodriguez Flores<br>55 Condado Avenue<br>P.O. Box 13637<br>San Juan , PR 00908 | Phone: 787-721-0810<br><br>Fax: 787-725-7895 | Loan | contingent, unliquidated | Approximately $ 4,000,000.00 |
| 2. Departamento de Hacienda<br>Edificio Intendente Ramirez<br>#10 Paseo Covadonga<br>Piso 4, Oficina 404<br>San Juan, PR | Phone: 787-721-1110<br><br>Fax: 787-768-4150 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 2,500,000.00 |
| 3. Autoridad de Energia Eléctrica de Puerto Rico<br>PO Box 33508<br>San Juan, PR 00936-3508 | Phone: 787-289-3434<br><br>Fax: 787-289-4120 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 1,139,825.64 |
| 4. Internal Revenue Service<br>Kansas City, MO 64999-0202 | Phone: 800-829-0115<br><br>Fax: 215-516-2555 | Employee Income Taxes | contingent, unliquidated, disputed | $ 850,806.00 |

---

1  The Debtor is Pulsar Puerto Rico, Inc. (Tax ID No. 66-0382854), 55 Condado Avenue, P.O. Box 13637, San Juan, Puerto Rico 00908.

   3   continuation sheets attached

Form B4 (Official Form 4) (12/07) – Cont.

In re: **Pulsar Puerto Rico, Inc.**
            Debtor

Case No. _____
                    (If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| # | Creditor | Phone/Fax | Nature of Claim | Status | Amount |
|---|---|---|---|---|---|
| 5. | Banco Santander de Puerto Rico<br>PO Box 362589<br>San Juan, PR 00936-2589 | Phone: 787-281-2000<br>Fax: 787-751-7190 | Loan | contingent, unliquidated, disputed | $ 570,197.00 |
| 6. | Corporacion del Fondo del Seguro del Estado<br>PO Box 365028<br>San Juan, PR 00936-5028 | Phone: 787-793-5959<br>Fax: 787-793-7735 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 246,036.81 |
| 7. | Atlantic City Coin and Slot Service Co.<br>201 West Decatur Avenue<br>Pleasantville, NJ 08232 | Phone: 609-641-7811<br>Fax: 609-641-6854 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 242,647.00 |
| 8. | Departamento del Trabajo y Recursos Humanos<br>PO Box 190797<br>San Juan, PR 00919-0797 | Phone: 787-754-5353<br>Fax: 787-756-1149 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 136,000.00 |
| 9. | Municipio de San Juan<br>Dept. de Patente Municipal<br>PO Box 70179<br>San Juan, PR 00936-8179 | Phone: 787-756-7300<br>Fax: 787-753-9727 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 71,985.00 |
| 10. | Autoridad de Acueductos y Alcantarillados<br>PO Box 70101<br>San Juan, PR 00936-8101 | Phone: 787-620-2277<br>Fax: 787-474-7168 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 38,588.00 |

Sheet no. 1 of __3__ continuation sheets attached to List of Creditors Holding 20 Largest Unsecured Claims

400995496v4

Form B4 (Official Form 4) (12/07) – Cont.

In re: **Pulsar Puerto Rico, Inc.**  Case No. _____
                    Debtor                                          (If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 11. Gastronomical Workers Union Local 610 MHA Health & Welfare Fund<br>c/o Associated Administrators LLC<br>911 Ridgebrook Road<br>Sparks, MD 21152-9451 | Phone: 410-683-6500<br>Fax: 410-683-7794 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 32,025.00 |
| 12. Centro de Recaudacion de Ingresos Municipales<br>PO Box 195387<br>San Juan, PR 00919-5387 | Phone: 787-625-2746<br>Fax: 787-289-7660 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 21,700.87 |
| 13. The American Society of Composers, Authors and Publishers<br>One Lincoln Plaza<br>New York, NY 10023 | Phone: 615-599-5506<br>Fax: 800-952-7227 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 12,894.00 |
| 14. Gastronomical Workers Union Local 610 and MHA Pension Fund<br>911 Ridgebrook Road<br>Sparks, MD 21152-6451 | Phone: 410-683-6500<br>Fax: 410-683-7794 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 9,984.00 |
| 15. Arnaldo Castro<br>c/o Nydia Imara Rodriguez Acosta<br>Executive Building<br>Suite 403-A<br>623 Ponce de Leon Ave.<br>Hato Rey, PR 00917 | Phone: 787-763-1393<br>Fax: 787-763-1113 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 7,500.00 |
| 16. Centennial de Puerto Rico<br>PO Box 70261<br>San Juan, PR 00936-8261 | Phone: 787-717-9600<br>Fax: 787-717-9696 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 6,177.49 |
| 17. One Link Communications<br>PO Box 192296<br>San Juan, PR 00919-2296 | Phone: 787-261-0525<br>Fax: 787-250-6532 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 6,031.65 |

Sheet no. 2 of __3__ continuation sheets attached to
List of Creditors Holding 20 Largest Unsecured Claims

400995496v4

**Form B4 (Official Form 4) (12/07) – Cont.**

In re: Pulsar Puerto Rico, Inc.      Case No. _____
         Debtor                            (If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| # | Creditor | Phone/Fax | Nature of Claim | Status | Amount |
|---|---|---|---|---|---|
| 18. | Claro<br>PO Box 70366<br>San Juan, PR 00936-8366 | Phone: 787-751-1995<br>Fax: 787-749-9024 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 4,931.54 |
| 19. | ADP, Inc.<br>So FL & Caribbean Region<br>PO Box 9001006<br>Louisville, KY 40290-1006 | Phone: 866-730-4994<br>Fax: 973-739-4549 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 3,846.66 |
| 20. | Puerto Rico Telephone<br>PO Box 71535<br>San Juan, PR 00936-8635 | Phone: 787-792-6262<br>Fax: 787-282-0958 | Trade Vendor/Business Expenses | contingent, unliquidated, disputed | $ 3,522.81 |

Sheet no. 3 of __3__ continuation sheets attached to
List of Creditors Holding 20 Largest Unsecured
Claims

400995496v4