## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

PULSAR PUERTO RICO, INC.

CASE NO. 08-07557 (BKT)

DEBTOR

CHAPTER 7

### REPLY IN COMPLIANCE WITH ORDER (DOCKET 842)

TO THE HONORABLE COURT:

COMES NOW Mr. Wilfredo Rodriguez, represented by the undersigned attorney, and respectfully alleges, states and prays as follows:

1.     On June 1, 2011, this Honorable Court ordered Mr. Wilfredo Rodriguez's ("Mr. Rodriguez") attorney to reply to the Trustee's request for an order to compel Mr. Rodriguez's appearance at the § 341 Meeting of Creditors of Pulsar Puerto Rico, Inc., to be held on June the 15th, 2011 (Docket No. 832).

2.     Mr. Rodriguez is an officer of the above captioned debtor-corporation and may be the person, or one of the persons, responsible for debtor's affairs.  Nonetheless, Mr. Rodriguez, in his individual capacity, is also a debtor in bankruptcy, Chapter 11 Case No. 11-03478 (BKT), In re WILFREDO RODRIGUEZ FLORES and NYDIA ROSA ACOSTA CASTRODAD.

3.     Mr. Rodriguez and his spouse filed their joint petition for reorganization under Chapter 11, last April the 26th, 2011.  At the present time, the § 341 of Meeting of Creditors, conducted by the Office of the U.S. Trustee for Puerto Rico, is still pending.

4.     In light of the aforementioned, the undersigned attorney for the individual joint petitioners does not oppose to the appearance of Mr. Rodriguez before the Chapter 7 Trustee to be examined solely and exclusively as an officer of the debtor-corporation, not in connection with his personal affairs.

WHEREFORE, the undersigned attorney for Mr. Rodriguez requests from the Honorable Court to take note of the foregoing and to the issue on order limiting his inquiry before the Chapter 7 Trustee solely to the affairs of the debtor-corporation.

RESPECTFULLY SUBMITTED.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case, particularly to: Lucas A. Córdova Ayuso, Esq., O'NEILL & GUILMORE, P.S.C., Legal Counsel for the Chapter 7 Trustee; and to Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee.

In San Juan, Puerto Rico this June 10, 2011.


**ALMEIDA & DÁVILA, P.S.C.**           S/ **ENRIQUE M. ALMEIDA BERNAL**
PO Box 191757                          USDC-PR 217701
San Juan, Puerto Rico 00919-1757      Email: ealmeida@almeidadavila.com
Phone: (787) 722-2500
Fax: (787) 722-2227                    S/ **ZELMA DÁVILA CARRASQUILLO**
                                       USDC-PR 218913
                                       Email: zdavila@almeidadavila.com